Henry H. MURPHY, Plaintiff-Appellee,

v.

AMERICAN MOTORS SALES CORPORATION, Defendant-Appellant.

Jerry S. WILSON, Plaintiff-Appellee,

v.

AMERICAN MOTORS SALES CORPORATION, Defendant-Appellant.

Nos. 76–2718 and 76–2772.

United States Court of Appeals,
Fifth Circuit.

April 4, 1978.

Charles H. Kirbo, Charles M. Shaffer, Jr., Atlanta, Ga., for defendant-appellant.

Vincent W. Roses, Jr., L. Burke Lewis, Atlanta, Ga., for plaintiffs-appellees.

Robert E. Williams, Washington, D. C., for amicus curiae Equal Employment Advisory Council.

---

Before AINSWORTH and MORGAN, Circuit Judges, and LYNNE, District Judge.*

PER CURIAM:

American Motors Sales Corporation has brought this interlocutory appeal from the trial court's ruling that an individual who brings a private action under the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, *et seq.* (ADEA), is entitled to recover punitive damages and to a trial by jury.

In *Dean v. American Sec. Ins. Co.,* 559 F.2d 1036 (5th Cir. 1977), we definitively held that punitive damages are not recoverable in a private action brought under ADEA.

It is now settled that in such an action a trial by jury on a claim for lost wages is available where sought by one of the parties. *Lorillard v. Pons,* —— U.S. ——, 98 S.Ct. 866, 55 L.Ed.2d 40 (1978).

The trial court's order overruling appellant's motion to strike the jury demand is affirmed; its order overruling appellant's motion to strike the prayer for punitive damages is reversed.

AFFIRMED IN PART.

REVERSED AND REMANDED IN PART.